IN RE D.P. ET AL.; D.O., APPELLANT; FRANKLIN
COUNTY CHILDREN SERVICES, APPELLEE.

[Cite as *In re D.P.*, 109 Ohio St.3d 207, 2006-Ohio-2185.]

(No. 2005–2142—Submitted April 11, 2006—Decided May 17, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re C.R.*, 108 Ohio St.3d 369, 2006-Ohio-1191, 843 N.E.2d 1188.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

John T. Ryerson, for appellant.

Robert J. McClaren, for appellee.